IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IROQUOIS OF TENNESSEE, INC. ) | |
| ) | |
| v. ) | Civil No. 3:08-0409 |
| ) | Judge Trauger |
| TIFFANY LICHTENWALTER, et al ) | |

**O R D E R**

The parties have notified court personnel that this case has settled.  It is hereby

**ORDERED** that a stipulation of dismissal or other settlement document  shall be filed within

twenty (20) days of the entry of this Order.

ENTER this 13th  day of January, 2009.

ALETA A. TRAUGER
U.S. District Judge