IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IROQUOIS OF TENNESSEE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:08-0409 |
| v. ) | |
| ) | Judge Trauger |
| TIFFANY LICHTENWALTER, ) | |
| GRANT LICHTENWALTER, ) | |
| TIFFANY LICHTENWALTER ) | |
| INSURANCE AGENCY, ) | |
| G & A INSURANCE AGENCY, AND ) | |
| GT & ASSOCIATES, ) | |
| ) | |
| Defendants. ) | |

## AGREED STIPULATION OF DISMISSAL

COME NOW the Plaintiff, Iroquois of Tennessee, Incorporated ("Iroquois"), and the Defendants, Tiffany Lichtenwalter ("Ms. Lichtenwalter'), Grant Lichtenwalter ("Mr. Lichtenwalter"), Tiffany Lichtenwalter Insurance Agency ("T. Lichtenwalter Insurance"), G & A Insurance Agency ("G & A") and GT & Associates ("GT"), by and through the undersigned, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and respectfully present this *Agreed Stipulation of Dismissal*.

The Court referred this case to mediation and appointed M. Reid Estes ("Mr. Estes") as the mediator on July 9, 2008. (Order, Docket No. 41.) On January 12, 2009, Mr. Estes announced that the parties settled the case. (Med. Report, Docket No. 50.) Accordingly, Iroquois, Ms. Lichtenwalter, Mr. Lichtenwalter, T. Lichtenwalter Insurance, G & A and GT hereby stipulate that the above-styled action and all claims, counter-

1

claims, cross-claims and causes of action therein are dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

**MILLS & COOPER**

 /s/ Michael B. Schwegler
**MICHELE E. COOPER, BPR # 17312**
**MICHAEL B. SCHWEGLER, BPR # 22563**
5042 Thoroughbred Lane, Suite A
Brentwood, TN 37027
(615) 221-8218

**ATTORNEYS FOR IROQUOIS**


**LAW OFFICES OF HENRY S. QUEENER, III**

 /s/ Henry S. Queener
**HENRY S. QUEENER, BPR # 21249**
1230 17th Avenue, South
Nashville, TN 37212-2802
(615) 327-9990

**ATTORNEY FOR MR. LICHTENWALTER, G & A AND GT**


**LAW OFFICES OF SCOTT T. FOSTER**

 /s/ Scott T. Foster
**SCOTT T. FOSTER, BPR # 22793**
203 N. Main St.
Somerset, KY 42501
(606) 451-0053

**ATTORNEY FOR MS. LICHTENWALTER AND T. LICHTENWALTER INSURANCE**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on this, the 30 day of January, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following, who may access this filing through the Court's electronic filing system:

Henry S. Queener, Esq.
1230 17th Ave. South
Nashville, TN 37212-2802

Scott T. Foster, Esq.
203 N. Main St.
Somerset, KY 42501

    /s/Michael B. Schwegler
**MICHAEL B. SCHWEGLER**